43 F.3d 1461
 Maiuro (Anthony J.)
v.
Federal Express Corporation, Flying Tiger Line Inc. Fixed
Pension Plan for Pilots, Flying Tiger Line Inc. Variable
Annuity Pension for Pilots, Pension Plan for Flight
Engineers, Individually Vested Equity and Security Trust
Plan for Pilots, Federal Express Corporation Employee's Pension Plan
 NO. 94-5111
 United States Court of Appeals,
Third Circuit.
 Oct 14, 1994
 
 Appeal From: D.N.J., No. 92-cv-04518,
 Gerry, J.,
 
 843 F.Supp. 935
 
 1
 AFFIRMED.